Phillip Rosenberg, an Infant, by Morris B. Rosenberg, His Guardian ad Litem, Respondent, *v.* Hugo Schoolherr, as Administrator of the Estate of Louis Schoolherr, Deceased, Appellant.

*Rosenberg* v. *Schoolherr,* 116 App. Div. 289, affirmed.
(Argued November 29, 1909; decided December 17, 1909.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Janu-

ary 3, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant's intestate.

*Charles Melville Weeks* for appellant.

*Charles W. Sinnott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.